FRANK H. BEREND and Another, Respondents, v. THOMAS JEFFERSON MILEY Appellant.— Order denying defendant's motion for judgment dismissing the amended complaint on the ground that it does not state facts sufficient to constitute a cause of action, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service,

of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.